## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ASPASIA CORP., )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>M/V STELLA ANN, et al., )<br>)<br>    Defendants. ) | Civil No.   07-57-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 98) filed February 22, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Vacate Entry of Default (Docket No. 82) is **DENIED** and Plaintiff's Motion for Default Judgment (Docket No. 78) is **DENIED** as to liability at this time and grants leave to renew the motion at the conclusion of trial of the remaining parties at which time the Court may be in a better position to assess the scope of Defendant TRC's liability.

   /s/ George Z. Singal    
Chief United States District Judge

Dated this 17th day of March, 2008.